# EXHIBIT A

# EXHIBIT A



**Escrows For You, Inc.**

A Full-Service, Independent Escrow Company

2310 W. Victory Blvd.
Burbank, CA 91506
(818) 957-7100 • Fax: (818) 957-7296

### SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 10027 and 10029 Commerce Avenue Tujunga, CA 91042 | **DATE:** | April 21, 2025 |
| | | **CLOSING DATE:** | April 18, 2025 |
| **SELLER:** | 10029 Commerce Ave, LLC | **ESCROW NO.:** | 36484-7 |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 1,100,000.00 |
| | | |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes 022 at $3,073.96/semi-annually from 04/18/2025 to 07/01/2025 | | 1,246.66 |
| County Taxes 023 at $6,063.31/semi-annually from 04/18/2025 to 07/01/2025 | | 2,459.01 |
| | | |
| **COMMISSION CHARGES** | | |
| Galstar Realty | 27,500.00 | |
| Galstar Realty | 27,500.00 | |
| | | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, INC for Property Hazard Disclosures | 129.95 | |
| Los Angeles Dept. of Water and Power for Certificate of Compliance | 25.00 | |
| | | |
| **TITLE/TAXES/RECORDING CHARGES - Chicago Title Company** | | |
| Title - Owner's Title Insurance | 2,793.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Transfer Tax - County to Los Angeles County | 1,210.00 | |
| Transfer Tax - City to City of Los Angeles | 4,950.00 | |
| 2024/25 Property taxes with Penalties 022 to Los Angeles County Tax Collector | 6,772.71 | |
| 2022/23 Supplemental Tax w/Penalty 022 to Los Angeles County Tax Collector | 139.14 | |
| 2023/2024 Supplemental Tax w Penalty 022 to Los Angeles County Tax Collector | 3,784.80 | |
| 2024/25 Property Tax with Penatly 023 to Los Angeles County Tax Collector | 14,543.89 | |
| 2022/23 Supplemental Tax w/Penalty 023 to Los Angeles County Tax Collector | 67.28 | |
| 2023/2024 Supplemental Tax w Penalty 023 to Los Angeles County Tax Collector | 1,681.18 | |
| | | |
| **ESCROW CHARGES - Escrows For You, Inc.** | | |
| Title - Escrow Fee | 2,400.00 | |
| Title - Drawing Grant Deed | 95.00 | |
| Title - General Processing Fee | 250.00 | |
| Title - Messenger Fee | 153.75 | |
| Title - Archive Fee | 40.00 | |
| | | |
| **Net Proceeds** | 1,009,607.47 | |
| | | |
| **TOTAL** | $ 1,103,705.67 | $ 1,103,705.67 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**