# EXHIBIT B

# EXHIBIT B



Emily Fichidzhyan
19327 Singing Hills Drive
Porter Ranch, California, 91326
emily_0316@icloud.com
(818) 850-9209

03/14/2025

Dear Judge Wilson, ,

I am writing to provide a character reference for my father, Petros Fichidzhyan, whom I've known my entire life. He has been more than simply a parent to me over the years; he has also been my friend and my safe space.

Whether we were out to brunch, shopping, or even simply doing errands to spend time together, my dad was always there for me. He always knows how to make me feel better, and nothing makes me happier than receiving a hug from him. He is, in my opinion, the greatest father anyone could wish for, and I am incredibly appreciative of our strong relationship as well as the generosity and selflessness he shows to everyone.

Often referred to as the "fun parent," my dad was the one who persuaded other parents to allow my cousins and I to go out for ice cream or have sleepovers. But, he is very hardworking and dedicated despite his lively and fun-loving personality. His absence from my life has impacted me greatly and I miss him tremendously. My dad has always been part of our lives and not a single day goes by that I don't miss him. Having to go through important milestones in my life without his presence breaks my heart.

The knowledge my dad provided to me throughout the years is one of the things I value most about him. He is always ready to offer guidance, whether it was regarding my future or schooling. Since geography and history are my dad's favorite topics, I can still clearly recall how happy he would get whenever I asked for help with my schoolwork. When I was younger, I used to make fun of him for watching videos on geography and history in his spare time. But as I've gotten older, I've learned to value his genuine interest in the world and desire to learn more.

My dad is one of the most dependable and trustworthy persons I know, despite his reputation for having a good time and being humorous. I am honored to call him my father because of the major impact that his love, devotion, and support have had on my life.

I hope that the court will consider my perspective and make a decision that is in the best interest of my family.

Sincerely,
Emily Fichidhyan

February 13.2025

Syuzanna Danielyan
19327 Singing Hills Dr.
Porter Ranch, CA 91326
Suzand1@yahoo.com
(818) 489-8035


Dear, Judge Wilson

I am writing to you today as the wife of Petros Fichidzhyan, who will be appearing before your court for sentencing. I fully understand the seriousness of his actions, and I want to express my sincere gratitude for your time and consideration in reading this letter.

I have known Petros since we were 14 years old. I have been married to Petros for 23 years and have two wonderful children in common together. Petros has always fulfilled his duties as a husband by giving me courage and supporting me when times were tough and always made me feel appreciated and for that reason, I have always been proud to be his wife. Petros is a devoted father to our children, always involved in their lives. Petros disciplined the children by teaching them right from wrong, playing with them, and doing activities with them. His children have been the center of his life, and he has been there for them since the day they were born. Petros is a family man and would rather be home with his wife and children than anywhere else. Petros has made a difference in so many people's lives with his helpful nature by actively contributing to society through donations to organizations, churches and disadvantaged families. Petros has always been loved by his family, friends, cousins and everyone that knew him for the level of respect he showed toward others, opened his door to everyone and always saw the good in people.

As his wife, I have witnessed first-hand the deep remorse he feels for his mistakes and the pain that his actions have caused not only to me and our children but himself as well. I am confident that this incident does not reflect the kind of person he truly is. He has kept a good reputation in jail by not engaging in any behavioral issues, reading many books, participating in classes, and completing a GED. While it is unfortunate that Petros has made bad decisions, I strongly believe that moving forward he will show resilience and make positive choices. I would sincerely vouch for the good character of my husband.

I hope that you will consider the remorse my husband has expressed, the positive changes he has worked hard to make, and his commitment to being a better person moving forward. Our family has been greatly impacted by this situation, and he is determined to make changes and rebuild the trust that was lost.

Sincerely,
Syuzanna Danielyan

Aykanush Fichidzhyan
16804 Rayen St.
Northridge, CA 91343
(818) 618-2006
02/17/2025

Dear Judge Wilson,

My name is Aykanush Fichidzhyan, and I am the mother of Petros Fichidzhyan, who is going to appear in your courtroom for sentencing. I am writing to you as a mother, with a heart full of love and pain, to take into consideration the kind of person my child is, the regret that he feels for his actions, and the positive steps he has taken since the incident by participating in so many classes in jail. As his mother, I have known him since the day he was born. Petros has always been a kind, loving, and respectful person, always showing empathy towards others. He was always the first person to offer a helping hand to anyone that was in need. Petros took pride in helping others and never expected anything in return.

I do not deny that mistakes have been made, and I acknowledge the seriousness of the situation. However, I also know that my son has a good heart and the capacity to change. As a mother, it breaks my heart to see my child in this situation. He is not defined by his past choices but by the lessons he learns from them. This time away from his family has been difficult for him, for me, and for all who love him. He deeply regrets his actions and has expressed to me, time and time again, his desire to turn his life around. This incident has been a wake-up call, and my child recognizes the consequences of his actions.

He has full support of his family, who are ready to guide him, help him find stable employment, and surround him with positive influences. He is committed to turning his life around and ensuring that this mistake does not define him.

I kindly ask for your compassion and for the opportunity for my child to prove that he can be a productive, law-abiding citizen. Thank you for your time, your consideration, and for the opportunity to express my thoughts on behalf of my child.

With deepest respect and sincerity,

Aykanush Fichidzhyan

Mary Danielyan

1238 S Orange St.

Glendale, CA 91204

February 12, 2025

maryds4@icloud.com

1(323) 246-5939

To whom it may concern,

I am writing this letter regarding my brother-in-law, Petros Fichidzhyan, as his sister-in-law of 22 years. Petros is the most giving person I've met. He's been nothing but kind and generous to everyone he's crossed paths with without any judgment or bias.  Not only is he a good husband and father, but he has positively impacted the lives of so many different people, regardless of how close they are to him.

Petros's door has always been open to anyone in need. One instance that comes to mind is when he took a whole family in when they were out on the streets, with young kids, a language barrier, and no place to stay.  He provided a roof over their head by inconveniencing his own family and has never turned down anyone in need, from family to homeless people on the streets. This is only one example of his wholehearted generosity for others, as he has treated my family and children as his very own. My children have a strong bond with him, and look up to him as their compassionate and reliable uncle. He has always been a dependable brother-in-law and uncle, caring for everyone around him, and expecting nothing in return.

I'm very saddened and disappointed by the charges against him because it's out of his character and I'm confident he regrets his actions and believes he deserves an opportunity to learn from his mistakes. I understand the charges against Petros, and the mistakes he has made, but the love and generosity he provided to everyone around him is truly missed and felt.  His absence is felt not only in his family but in mine and many others who would vouch for him.

Thank you for your time and consideration.

Sincerely,

Mary Danielyan

**Character Reference Letter for Court Sentencing**

Victoria Shoshanian
10152 Gaynor Ave
North Hills, CA. 91343
February 21, 2024
shoshanianv@icloud.com
1(818) 448-1474

Your Honor,

I am writing to provide a character reference for Petros Fichidzhyan, who is appearing before you in court. Petros is my uncle, and I have known him for 20 years. I am aware of the charges he is facing and understand its significance, although I am confidently able to attest to his kindness and family values.

Petros has always been like a second father to me, whether it came to supporting my education, providing a shoulder to cry on, or just being a friend to look to when I was having a troubling day. He has always been one of the first to ask about my schooling and education, always allowing me to express myself and giving me advice to keep me going. His optimism and positive outlook on life have genuinely helped me move forward, even on my worst days. Petros truly exemplifies strong family values and morals, as he always treats my sisters and me like his very own children. If I ever felt that I was struggling emotionally, needed a person to talk to, or truly just needed to get some weight off my chest, I knew I could depend on my uncle for his empathy, emotional support, and encouragement. I will never forget the sleepovers he organized for my cousins, sisters, and me, as they are some of the most memorable nights I've had throughout my life. His constant emphasis on the importance of family and forgiveness has imprinted on me, as I always remember what he told me when I am having disagreements with my family. He always said, "Family is very important; nobody will love you more than them," and he showed us this love on a daily basis. Petros is the most family-oriented man I have ever met, and his absence truly highlights how significant his impact on not only his children but my sisters and I have been.

If you need any further information, please do not hesitate to contact me. Thank you for considering my perspective.

Sincerely,
Victoria Shoshanian

13724 Victory Blvd. # 210
Valley Glen, CA 91401
February 12, 2025
(323) 333-9487

Re: Character Reference for Petros Fichidzhyan

To Whom It May Concern

I am writing to offer my sincere and heartfelt support to my very close friend, Petros Fichidzhyan, who is facing sentencing before you. I have known Petros for about 8 years now, and within this time, I have seen firsthand his character, compassion, and integrity. I feel it is important to provide a broader perspective on the person that Petros truly is.

Throughout our friendship, I have seen Petros consistently show kindness and generosity to those around him. He is a dedicated and extremely supportive person who has shown nothing but trust and constant loyalty. He consistently offers valuable guidance and thoughtful life advice. I would like to demonstrate concise examples of two very important milestones in my life that Petros helped me with. While pursuing my Chiropractic License, I faced immense pressure and challenges, especially as I was also navigating the stresses of planning a wedding and starting a family of my own. Despite the joy of these milestones, it was a particularly demanding time in my life. Petros regularly reminded me to focus on the positives, reminding me that the challenges I faced were temporary, and that the negatives were just background noise. He often emphasized the importance of recognizing the blessings in my life, such as the opportunity to pursue my education and marry the person I love. These are just a few examples of the many meaningful ways Petros has supported me with his words of wisdom. His words not only helped me during that time but have stuck with me, and I continue to apply them in my life today. I consider myself lucky enough to know him.

I believe this incident does not reflect the kind of person he is at his core. Petros has shown sincere remorse and is committed to making positive changes in his life moving forward.

I sincerely hope that you will take this letter into consideration during the court's decision. I firmly believe that Petros has learned a valuable lesson and is determined to make changes and contribute positively to society. While the consequences of this situation cannot be erased, I truly believe that he is deserving of an opportunity for a second chance.

Thank you for your time and consideration in reviewing this letter.

Sincerely,
Dr. Minas Monosyan, D.C.

## Character Reference Letter

## Petros Fichidzhyan

Vahe Patatanyan
11905 Andasol Ave.
Granada Hills, CA 91344
Ph# 818.424.9574

02/22/2025

To Whom It May Concern:

I have known Petros Fichidzhyan for almost 20 years through a mutual friend. During the time I've known Petros, I have had the privilege of witnessing his positive, courteous, respectful and kind human personal qualities. He has constantly demonstrated traits such as responsibility, dedication towards his family, and friends. He is a compassionate person. One instance that stands out to me about Petros, is his act of kindness to those close to him in need of help. For instance, many times he has given my daughter a ride home from school as he has seen her walking home on the street. This experience, among many others, is a clear reflection of his integrity and respect, his caringness towards others.

In addition to his personal qualities, Petros is a dedicated family man. I have witnessed many times the bond he has with his beautiful wife and two children. He is constantly in their lives with his positive energy and good manners. He has always been there for his children's achievements in school and sports, I have seen that being a parent myself. I am confident that these attributes would make him an asset to any team or endeavor.

I hope that the court will take this letter into consideration at the time of sentencing.

Sincerely,

Vahe Patatanyan
California Finance Group
Real Estate and Mortgage Broker

Liana Ayanyan
6714 Tobias Ave
Van Nuys, CA 91405
lxa6418@lausd.net
(818) 631-3084

March 6, 2025

To whom it may concern,

I am writing this character reference letter for my cousin Petros Fichidzhyan
who is currently in custody. Growing up together created such a strong
foundation for our relationship.  Our families see each other regularly for
family events and monthly get-togethers.  During these years, he is kindly
rewarded as kind, thoughtful, reliable, honest, and exceptionally hard
working. Petros has always been extremely respectful and generous with
his time towards our parents. Showing patience and care, especially with
elderly parents, is a true act of kindness and love.

To my knowledge, he has never been in trouble. He consistently
demonstrates compassion and a strong dedication to the Armenian
community. In addition to his contributions to the community, Petros is a
dedicated father and a supportive cousin.

I am aware of the charges against Petros, and I still hold him in high
regard. I believe my character reference letter for my cousin will be under
consideration at the time of his sentencing.

Should you require any further information or wish to discuss this matter in
more detail, please do not hesitate to contact me.

Sincerely,

Liana Ayanyan