# Exhibit C

Previously Filed at ECF 95-2



| 539 | Native Messages | 4⬛0006 Petros Fichidzhyan" | +⬛555 _S!<Other>!S_" (owner) | Timestamp: 1/21/2022 1:06:50 AM(UTC+0) | Direction: Incoming |

Body:
⬛
Valley Village, CA 91607

DOB ⬛ 90
Hight 5'6"
Eyes: green
Weight 160
Hair: black
Sex : M

Participants:

| Partidpant | Delivered | Read | Played |
|---|---|---|---|
| ⬛555 _S!<Other>!S_ | | 1/21/2 022 1:07:1 9 AM(U TC+0) | |

Source Extraction: Legacy (3)
Source file: 00008101-000600942E28001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x5B78F83 (Table: message, handle, chat; Size: 172408832 bytes)
Status: Read
Message Type: iMessage
Folder: Inbox

| 540 | Native Messages | 4⬛006 Petros Fichidzhyan" | +⬛555 _S!<Other>!S_" (owner) | Timestamp: 1/21/2022 1:08:02 AM(UTC+0) | Direction: Incoming |

Participants:

| Partidpant | Delivered | Read | Played |
|---|---|---|---|
| ⬛555 _S!<Other>!S_ | | 1/21/2 022 1:08:0 6 AM(U TC+0) | |

Attachments:

IMG_3245.heic
~/Library/SMS/Attachments 7/00009BFC7B20F072 25F4-A785- 316DA87C5E60/IMG_3245 .heic



