# Exhibit D

| ESPARZA - Fraudulent Proceeds Summary | | | |
|---|---|---|---|
| **Source** | **Destination** | **Amount** | **Notes:** |
| Medicare | HoA Chase x8151 | $1,386,497 | |
| | J.Esparza BofA x5039 (2018-2023) | $190,815 | $213,115, less the $22,300 taken out of HoA in cash to avoid double counting |
| Cash | | | |
| Prayer of Hope BOTW x4460 | J.Esparza BofA x5039 (2018-2023) | $19,200.00 | |
| Dynamic Hospice Care Inc. US Bank x1703 | J.Esparza BofA x5039 (2018-2023) | $36,500.00 | |
| Prayer of Hope Umpqua x4675 | J.Esparza BofA x5039 (2018-2023) | $2,400.00 | |
| Healthy Life Hospice BOTW x4545 | J.Esparza BofA x5039 (2018-2023) | $20,900.00 | |
| D.G. Wells Fargo x2861 | J.Esparza BofA x5039 (2018-2023) | $15,050 | |
| Priority Physical Therapy Group Inc. BofA x1341 | J.Esparza BofA x5039 (2018-2023) | $7,100 | |
| MK Messenger Service WFB x2692 | J.Esparza BofA x5039 (2018-2023) | $4,500 | |
| Fichidzhyan Transfers and Checks | | $142,050 | |
| | **Total** | **$1,825,012** | |