# Exhibit E

# PROVIDER SELF-DETERMINED AGGREGATE CAP LIMITATION

*Complete fields that have a border and asterisk to the right.  Do not touch fields that have a heavy border.

**PROVIDER NAME:**    House of Angels Hospice *
**PROVIDER NUMBER:**    92-1580 *
**NPI NUMBER:**    1568861946 *
**CAP YEAR ENDING:**    9/30/2021 *

## CAP ON OVERALL MEDICARE REIMBURSEMENT

1. MEDICARE BENEFICIARIES UNDER HOSPICE CARE PER THE PS&R          30.0000 *
   a. Identify the method used for counting beneficiaries:    Streamlined *
      (Streamlined or Patient by Patient Proportional)
   b. Paid through date of report used:    9/30/2021 *

2. STATUTORY CAP AMOUNT FOR THE CAP YEAR          $29,205.44 *

3. ALLOWABLE MEDICARE PAYMENTS ( line 1 x line 2)          $876,163.20

4. NET PAYMENTS PER THE PS&R          $527,680.00 *

5. PAYMENTS IN EXCESS OF THE AGGREGATE CAP AMOUNT (line 3 - line 4)          $0

**THE CONTRACTOR WILL MAKE THE ADJUSTMENT FOR SEQUESTRATION AT THE FINAL CAP DETERMINATION**

*Complete items underlined in the grey fields.

## CERTIFICATION

INTENTIONAL MISREPRESENTATION OR FALSIFICATION OF ANY INFORMATION CONTAINED ON THIS REPORT MAY BE PUNISHABLE BY FINE AND/OR IMPRISONMENT UNDER FEDERAL LAW.

Certification of Officer or Authorized Representative of the Hospice:

I hereby certify that I have read the above statement and that I have examined this report for the above name hospice and to the best of my knowledge and belief, it is a true, correct and complete report.

Signature of Officer or Authorized Representative of Hospice

Juan Esparza, CEO

Typed or printed name and title of above signature

Name and number of person to contact for additional information:

Printed Name:    Juan esparza          Telephone Number:    818-538-5289

DOJ-HL-0000008553

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved
OMB No. 0938-0600

# MEDICARE CREDIT BALANCE REPORT
## CERTIFICATION PAGE

The Medicare Credit Balance Report is required under the authority of sections 1815(a), 1833(e),1886(a)(1)(C) and related provisions of the Social Security Act. Failure to submit this report may result in a suspension of payments under the Medicare program and may affect your eligibility to participate in the Medicare program.

**ANYONE WHO MISREPRESENTS, FALSIFIES, CONCEALS OR OMITS ANY ESSENTIAL INFORMATION MAY BE SUBJECT TO FINE, IMPRISONMENT OR CIVIL MONEY PENALTIES UNDER APPLICABLE FEDERAL LAWS.**

### CERTIFICATION BY OFFICER OR ADMINISTRATOR OF PROVIDER

I HEREBY CERTIFY that I have read the above statements and that I have examined the accompanying credit balance report prepared by:

| Provider Name | Provider 6-Digit Number |
|---|---|
| HOUSE OF ANGELS HOSPICE INC | 921580 |

for the calendar quarter ended _____06/30/2022_____ and that it is a true, correct, and complete statement prepared from the books and records of the provider in accordance with applicable Federal laws, regulations and instructions.

Signature of Officer or Administrator of Provider

Name and Title
JUAN ESPARZA / CEO

Date *(mm/dd/yyyy)*

07/06/2022

**CHECK ONE:**

☐ Qualify as a Low Utilization Provider

☐ The Credit Balance Report Detail Page(s) is attached.

☒ There are no Medicare credit balances to report for this quarter. (No Detail Page(s) attached)

| Contact Person | Telephone Number *(including area code)* |
|---|---|
| JUAN ESPARZA | (818) 538-5289 |

Form CMS-838 (10/03)    INSTRUCTIONS FOR COMPLETING THIS PAGE ARE IN MEDICARE CREDIT BALANCE REPORT—
PROVIDER INSTRUCTIONS, FORM CMS-838    1

DOJ-HL-0000008531



Your fax has been sent successfully!

Date: Wed 06-Jul-2022 13:51:47 PDT

Phone Number: 3154424287

Images Scanned: 1

Fax Id: 1fdb3ccd-5ed6-4da4-ac2d-b41a871622b1

Status: SUCCESS

DOJ-HL-0000008532

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved
OMB No. 0938-0600

# MEDICARE CREDIT BALANCE REPORT
## CERTIFICATION PAGE

The Medicare Credit Balance Report is required under the authority of sections 1815(a), 1833(e),1886(a)(1)(C) and related provisions of the Social Security Act. Failure to submit this report may result in a suspension of payments under the Medicare program and may affect your eligibility to participate in the Medicare program.

**ANYONE WHO MISREPRESENTS, FALSIFIES, CONCEALS OR OMITS ANY ESSENTIAL INFORMATION MAY BE SUBJECT TO FINE, IMPRISONMENT OR CIVIL MONEY PENALTIES UNDER APPLICABLE FEDERAL LAWS.**

### CERTIFICATION BY OFFICER OR ADMINISTRATOR OF PROVIDER

I HEREBY CERTIFY that I have read the above statements and that I have examined the accompanying credit balance report prepared by:

| Provider Name | Provider 6-Digit Number |
|---|---|
| House of Angels Hospice Inc | 921580 |

for the calendar quarter ended _____12/31/2021_____ and that it is a true, correct, and complete statement prepared from the books and records of the provider in accordance with applicable Federal laws, regulations and instructions.

Signature of Officer or Administrator of Provider

Name and Title
Juan Esparza / CEO

Date (mm/dd/yyyy)
01/04/2022

**CHECK ONE:**

☐ Qualify as a Low Utilization Provider

☐ The Credit Balance Report Detail Page(s) is attached.

☒ There are no Medicare credit balances to report for this quarter. (No Detail Page(s) attached)

| Contact Person | Telephone Number (including area code) |
|---|---|
| Juan Esparza | (818) 538-5289 |

DOJ-HL-0000008533



Your fax has been sent successfully!

Date: Tue 04-Jan-2022 16:20:26 PST

Phone Number: 3154424287

Images Scanned: 1

Fax Id: 0cb1f3e0-9a8e-4fc4-94bf-2b61129f166e

Status: SUCCESS

DOJ-HL-0000008534

```
┌─────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT   │
└─────────────────────────────────────┘
                                          TIME  : 04/04/2022 13:08
                                          NAME  : FXO0801
                                          FAX   : 1818-980-9756
                                          TEL   : 818-906-2679
                                          SER.# : U63314J3J495984
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME            04/04  13:07                                 │
│   FAX NO./NAME         13154424287                                 │
│   DURATION            00:00:32                                      │
│   PAGE(S)             01                                            │
│   RESULT              OK                                            │
│   MODE                STANDARD                                      │
└──────────────────────────────────────────────────────────────────┘
```

DEPARTMENT OF HEALTH AND HUMAN SERVICES                                Form Approved
CENTERS FOR MEDICARE & MEDICAID SERVICES                               OMB No. 0938-0600

# MEDICARE CREDIT BALANCE REPORT
## CERTIFICATION PAGE

The Medicare Credit Balance Report is required under the authority of sections 1815(a), 1833(e),1886(a)(1)(C) and related provisions of the Social Security Act. Failure to submit this report may result in a suspension of payments under the Medicare program and may affect your eligibility to participate in the Medicare program.

**ANYONE WHO MISREPRESENTS, FALSIFIES, CONCEALS OR OMITS ANY ESSENTIAL INFORMATION MAY BE SUBJECT TO FINE, IMPRISONMENT OR CIVIL MONEY PENALTIES UNDER APPLICABLE FEDERAL LAWS.**

### CERTIFICATION BY OFFICER OR ADMINISTRATOR OF PROVIDER

I HEREBY CERTIFY that I have read the above statements and that I have examined the accompanying credit balance report prepared by:

| Provider Name | Provider 6-Digit Number |
|---|---|
| HOUSE OF ANGELS HOSPICE INC | 921580 |

for the calendar quarter ended _____03/31/2022_____ and that it is a true, correct, and complete statement prepared from the books and records of the provider in accordance with applicable Federal laws, regulations and instructions.

_Signature of Officer or Administrator of Provider_

Name and Title
JUAN ESPARZA / CEO

Date (mm/dd/yyyy)
04/01/2022

### CHECK ONE:

☐ Qualify as a Low Utilization Provider

☐ The Credit Balance Report Detail Page(s) is attached.                 DOJ-HL-0000008535

☒ There are no Medicare credit balances to report for this quarter. (No Detail Page(s) attached)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved
OMB No. 0938-0600

# MEDICARE CREDIT BALANCE REPORT
## CERTIFICATION PAGE

The Medicare Credit Balance Report is required under the authority of sections 1815(a), 1833(e), 1886(a)(1)(C) and related provisions of the Social Security Act. Failure to submit this report may result in a suspension of payments under the Medicare program and may affect your eligibility to participate in the Medicare program.

**ANYONE WHO MISREPRESENTS, FALSIFIES, CONCEALS OR OMITS ANY ESSENTIAL INFORMATION MAY BE SUBJECT TO FINE, IMPRISONMENT OR CIVIL MONEY PENALTIES UNDER APPLICABLE FEDERAL LAWS.**

## CERTIFICATION BY OFFICER OR ADMINISTRATOR OF PROVIDER

I HEREBY CERTIFY that I have read the above statements and that I have examined the accompanying credit balance report prepared by:

| Provider Name | Provider 6-Digit Number |
|---|---|
| HOUSE OF ANGELS HOSPICE INC | 921580 |

for the calendar quarter ended _____03/31/2022_____ and that it is a true, correct, and complete statement prepared from the books and records of the provider in accordance with applicable Federal laws, regulations and instructions.

_____
Signature of Officer or Administrator of Provider

Name and Title
JUAN ESPARZA / CEO

Date (mm/dd/yyyy)
04/01/2022

**CHECK ONE:**

☐ Qualify as a Low Utilization Provider

☐ The Credit Balance Report Detail Page(s) is attached.

☒ There are no Medicare credit balances to report for this quarter. (No Detail Page(s) attached)

| Contact Person | Telephone Number (including area code) |
|---|---|
| JUAN ESPARZA | (818) 538-5289 |