# Exhibit F

05/27/2022 07:05 ADMITTING RECEIVED 05/27/2022 07:05AM (FAX)2137654016 P.001/002



**Dignity Health.**
California Hospital
Medical Center

**OPTUM**360°℠

# Facsimile Cover Sheet

**Date:** 05/26/2022

**From: Admitting Department**
(213) 742 5688 (LR)

California Hospital Medical Center
1401 S Grand Avenue
Los Angeles, California 90015

**Re:** S███████, H███    **ATTN: JUAN ESPERZA**
**Account number:** ████████

**TO :** HOUSE OF ANGELS HOSPICE
**Fax:** 818 237 3038

**Number of pages including cover page: 2**

---

## Please fax back authorization/tracking # to

### 213 765-4016

**\*\*\* To request a review or provide determination please contact**

**Optum360 via fax at (844) 881-9917 or call us at (888) 810-4119\*\*\***

---

Caution: This facsimile message is CONFIDENTIAL and may be of a nature that is LEGALLY PRIVILEGED. The information contained in this facsimile message is intended only for the use of the recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you have received this document in error .Any further review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. If you are a regular recipient of confidential or privileged facsimiles from us and you intend to change your facsimile number, it is your responsibility to alert us before the change. Thank you.

284

DOJ-HL-0000008301

RECEIVED  05/27/2022  07:05AM    (FAX)2137654016    P.002/002

05/27/2022    07:05 ADMITTING

California Hospital Medical Center
1401 South Grand Ave
Los Angeles, CA 90015

FACESHEE

| | TRANSITION DATE/TIME:    5/21/2022   2:50 | |
|---|---|---|
| Account #: | Admit Date & Time:  5/21/2022  2:50 | Med Rec #: |
| | D/C Date & Time:  0/00/0000  0:00 | Room: 7W     0786 01 |
| S    H | Sex:  Gender:  Age: | Employer |
| P | Birthdate: | RETIRED |
| A | Marital Status: | |
| T | Ethnicity & Race: | |
| I County: | Religion: | Emp Status: |
| E Day Phone: | Interpreter (Y/N): N | Occupation: |
| N Work Phone: | Language: ENGLISH | Work Phone: |
| T Retire Date: | Fin Class: MEDICARE TRADITIONAL | Admit Src: 1 |
| Soc Sec #: | | Admit Type: 1 |
| | | Hosp Serv: MED  PT Type: I |
| Accommodation: MED SURG R AND B | Confidential Flag | Prev Admit Date: 5/20/2022 |
| Chief Complaint: SEPTIC SHOCK HYPOXEMIC RESPIRATORY FAIL | | Facility:  CALIFORNIA MEDICAL C |
| Procedure/Date: | | NPP Last Signed: 0/00/0000 CMC |
| | Mothers Acct#:   00000000000 | |

P|Admitting:  CAMILON, MARINELLE L
H|Attending:  CAMILON, MARINELLE L
Y|Referring: CAMILON, MARINELLE L
S|PCP:       PCP. NOT ON STAFF
 |Consulting:

*MR: JUAN ESPARZA (CEO)*

*Please fax me Revokation letter Needed for D.O.S.*

*5/21/22 thrue*

*05/25/22*

| | Spouse/Guardian | Alternate Contact | |
|---|---|---|---|
| N | | | |
| O | UNKNOWN | | |
| T | | | |
| I | UNKKOWN, CA XXXXX | | |
| F | Rel: FRIEND | Rel: FRIEND | |
| Y | Phone: | Phone: | |
| | Work Phone: | Work Phone: | |

| | Guarantor | | |
|---|---|---|---|
| I | S      H | | |
| N | | Rel: SELF | |
| S | | | |
| U | | Occupation: | |
| R | Phone: | | Phone: |
| E | SSN: | Ref#: | |

| | Primary | Secondary | Tertiary |
|---|---|---|---|
| | 10 | 21 | 00 |
| | 1000  MEDICARE | 2104  HEALTH NET MCAL | 0000 |
| | 01000 MEDICARE | 02104 HEALTH NET MCAL, OTR | 00000 SELF PAY |
| I | | | |
| N | | | |
| S | | | |
| U | Insured: S     H | Insured: S     H | Insured: |
| R | Rel: SELF     DOB: | Rel: SELF     DOB: | Rel:     DOB: |
| A | HIC #: | Policy #: | Policy #: |
| N | Group #: | BIC #: | BIC #: |
| C | Grp Name: | Grp Name: | Grp Name: |
| E | Ins Phone: | Ins Phone: | Ins Phone: |
| | Auth #:     Days: 000 | Auth #: | Auth #: |
| | Verif Date:  0/00/0000 | Verif Date:  0/00/0000 | Verif Date:  0/00/0000 |
| | VERIF BY/PHONE: | TRACE #: | |
| | AUTH BY/PHONE: | VERIF BY/PHONE: | |
| | USER LN3 | AUTH BY/PHONE: | |

| | Comments | | Accident Information |
|---|---|---|---|
| | PCP: GRIMES, GARY | | Code: |
| | CELL | | Date:     Time:  0:00 |
| | Registrar: NTRAN008 | | Loc: |
| | Print Date/Time:  5/25/2022  8:45:51    By: ARRAMIREZ | | Desc: |

DOJ-HL-0000008302



**ST ROSE DOMINICAN SIENA CAMPUS**

3001 St Rose Parkway
Henderson, NV 89052
Phone: 877 877 8345 Fax:

Date: May 06, 2022

HOUSE OF ANGELS HOSPICE INC
5627 SEPULVEDA BLVD 218
VAN NUYS, CA 91411

**Facility:** ST ROSE DOMINICAN SIENA CAMPUS
**Patient Name:** L▮▮▮▮ B▮▮▮▮▮
**Account Number:** ▮▮▮▮▮▮▮▮▮
**Policy Number:**
**Total Charges:** $27,250.00
**Account Balance:** $27,250.00
**Service Date(s):** 01/02/2022 - 01/03/2022

## Payment Requested

The attached account is being resubmitted for the following correction:

☐ This claim has been billed and traced with no response. Please provide written denial or payment,

☐ Explanation of Benefits does not match total billed charges. Please reprocess claim for correct dollar amount.

☐ Denied in error as a duplicate. Please reprocess or provide documentation of payment.

☐ Medical reports and claim are attached. Please reprocess claim.

☐ Corrected invalid member ID# and/or provider number attached.

☑ Other: This is not an appeal. We made several attempts to contact you for claim status, as our facility has yet to receive any documentation or response to contact. We initially billed the claim to you on and we have not received any response. Please issue a written denial or payment to HOSPITAL or you may contact us via phone at 888-488-7667.

Sincerely,

Allan C

ST ROSE DOMINICAN SIENA CAMPUS

DOJ-HL-0000008537

May 10 2022 8:34am    GLREPN01    RECEIVED 05/10/2022 08:44AM    8183422113    p.1

*Roze Room Hospice*

**18107 Sherman Way Ste 100 • Reseda CA 91335**

**Phone: 323-938-1155 • Fax: 818-783-1101 • Referral Center: 877-783-0072**

# FAX COVER SHEET

**Date:** 05/10/22

**To:** House of Angel

**From:** Roze Room Hospice / Jeff S (medical biller)

**Fax No. of Recipient:** (818) 237-3038

**No. of Pages:** 1 (including this cover page)

**Comments:** Urgent Response on Overlap issue with mutual patient

**Pt name:** R███████ B███████

**Pt admitted to Roze Room Hospice on 03/02/2022.**

**Please provide an update on billing.**

*THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE SENDER ABOVE IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO THE LETTERHEAD ADDRESS ABOVE VIA U.S. MAIL. THANK YOU.*

*"Where Ordinary People Do Extraordinary Things"* ®

DOJ-HL-0000008538



**Adventist Health**

Shared Service Center | PO Box 677000 | Paradise, CA 95967

July 27, 2022

House of Angels Hospice
5627 Sepulveda Blvd #218
Van Nuys, CA 91411-2920

Re: C███████G███
DOB: ██████████
Our encounter # ████████████

Medicare has denied our claim for outpatient services 1/23/2022 – 1/24/2022 for this patient stating it is an overlap with your hospice account.

Please call me to discuss this situation. If you choose to disregard this letter, we will report your non-compliance to Medicare.

Thank you,

Lynette Prokosch | Sr. Billing Follow Up Associate | Patient Financial Services
Adventist Health Shared Service Center | PO Box 677000 | Paradise, CA 95967
Phone (530) 876-7914 | Fax (530) 876-7191 | prokosla@ah.org

DOJ-HL-0000008564

[ADVENTISTHEALTH:INTERNAL]