# EXHIBIT A

To Whom It May Concern,

My name is Maria Llerenas, and I am writing this letter on behalf of my son, Juan Esparza, to share my deepest thoughts and feelings about the kind of person he is. I hope my words help you understand the incredible man I've had the privilege of raising and loving every single day of his life.

Watching Juan grow has truly been the greatest joy of my life. From the time he was a little boy, he has always been respectful, sweet, and caring. He looked out for me in ways that were far beyond his years, always making sure I was okay, always wanting to spend time together. We shared so many beautiful moments—whether it was going to theme parks, enjoying quiet dinners at home, or simply talking about our day.

When I worked at a restaurant, one of my favorite parts of the day was seeing Juan walk in after school. He would sit at one of the tables, pull out his homework, and just be near me. It was such a comfort, and it made every long shift worth it. His presence has always brought me peace.

He's not only been a wonderful son to me, but also a loving brother and uncle. Growing up, he always looked out for his older brother Walter and helped his little sister Jessica with her homework. Even now that Jessica is an adult, she still relies on him—because he's dependable, thoughtful, and always there when you need him. Walter's children absolutely adore Juan. He spends quality time with them, makes them laugh, and shows them the same love and care he's always shown to our family.

I can't imagine my life without seeing Juan regularly. He comes over often to check on me, and we share meals together—especially when I cook his favorite dinner. These moments are precious to me. The thought of not having him around fills me with sadness and anxiety.

When Juan was a child, he battled cancer. It was one of the hardest times in our lives, but even then, he showed incredible strength. He would try to hide his pain just to make me smile. I remember thinking I might lose him, and it was the worst feeling I've ever experienced. That same fear is creeping back into my heart now, and it's overwhelming. I feel uneasy, stressed, and deeply saddened.

Juan is a good man. He is respectful, caring, and full of love. He's a devoted son, a protective brother, and a cherished uncle. I hope you can see through my words the kind of person he truly is—not just through what he's done, but through the love he's given to everyone around him.

Thank you for taking the time to read this letter.

Sincerely,

Maria Llerenas

To Whom It May Concern,

My name is Hermelinda Llerenas, and I am writing this letter to share a few heartfelt words about my beloved nephew, Juan Esparza.

Juan has always been a caring and sweet young man. I love him very much and have cherished the bond we share over the years.

Growing up, Juan would often come to my house after school and spend time with my daughters. It was always a joy to see them together, laughing and enjoying each other's company. During the summer, I especially loved watching them go swimming and having fun in the sun.

Juan has always shown kindness and respect, and he continues to check on me and visit, which means so much to me.

One particular memory that stands out is from when my daughter Mayra was in elementary school. Some boys were bothering her, and Juan bravely stood up for her and defended her. That moment truly showed his character and the love he has for our family.

Juan Esparza is a remarkable young man, and I am proud to call him my nephew.

Sincerely,
Hermelinda Llerenas



Hi my name is Mia, I am 10 years old. I just want to tell you a little about my nino Juan. He is so nice and caring. He alway texts me, and he has always been their for me. He also visits me and my brother.





Pedro Santoyo Jr.

Police Officer III

To Whom it May Concern,

My name is Pedro Santoyo Jr, and I am a law enforcement officer employed by the city of Los Angeles and I have proudly served my department (LAPD) for nearly 10 years. I am writing this letter in support of Juan Esparza, who I have come to know through my relationship with his cousin, Mayra Garcia. I am aware of the charges against Juan and I am writing this letter for Character recognition.

During this time, I have had the opportunity to spend time with Juan on several occasions. I have come to know him on a personal level. He is a kind, respectful, and caring individual who places a high value on family and integrity. He is deeply involved in his family's life and serves as the godfather to Mayra's children. I have witnessed firsthand how attentive he is with them.

As a father myself, I pay close attention to how others treat children, especially those with special needs. I have an autistic daughter from a previous relationship, and I am extremely grateful for the way Juan has treated my daughter. He has welcomed her without hesitation, showing patience, kindness and same warmth he shows his godchildren.

In all my interactions with Juan, I have seen only the qualities of a good man. Someone who cares for others, values family and conducts himself carefully.  As an officer and member of the community, I would not write this letter if I did not feel confident in Juan's character.

Sincerely,

Pedro Santoyo Jr

Berdit Panosyan
1460 N Pacific Ave
Glendale, Ca 91202
August 18, 2025

**Dear Honorary Judge,**

I am writing to you on behalf of my dear friend, Juan Esparza who is set to appear before your court. I have known Juan for many years, and throughout this time, I have come to know him as one of the most dependable, caring, and genuine people I have ever met.

Juan has consistently shown up for the people he loves. Whether it is birthdays, holidays, or other meaningful occasions, Juan is always there and never empty-handed, never without a smile, and always with the kind of warmth that makes everyone feel valued and seen. He has a way of making even the simplest gathering feel special. His presence is not just noticed, it is cherished.

Beyond celebrations, Juan has been a steady source of support during difficult times. He has offered comfort, encouragement, and a helping hand whenever needed. His loyalty to his family and friends is unwavering, and his generosity goes far beyond words. Juan's character is rooted in compassion and integrity. He is the kind of person who listens without judgment, who encourages others to do better, and who quietly goes out of his way to bring light into the lives of those around him. These are not occasional gestures, this is who he is, every single day.

I respectfully ask that you consider Juan's character and the positive impact he has on the lives of those around him. He is more than the challenges he may be facing now; he is a good man with a good heart, someone who is deeply loved and needed by his family and friends.

Thank you for your time and for considering these words.

With respect and sincerity,
Berdit Panosyan

Mariana Violeta Tsotsikyan
6251 Bluebell Ave
North Hollywood, Ca 91606
August 19, 2025

**Dear Honorable Judge,**

It is difficult for me to put into words just how much Juan Esparza means to me and my family, but I feel it is important that you know the kind of man he truly is.

Juan is more than a friend—he is like my little brother. We have shared countless memories, both joyful and challenging, and through it all, he has shown me nothing but loyalty, compassion, and unwavering support. I became a widow some years ago, and during the hardest time of my life, Juan never once let me feel alone. He has been there for every single holiday, birthday, and family gathering—not out of obligation, but out of love.

To my children, Juan is "Uncle Juan." He is the one who cheers the loudest at their milestones, who patiently listens to their stories, and who makes them feel seen and valued. He has a gift for bringing light into a room, for making people feel at ease, and or turning even an ordinary day into something special. His consistency in their lives has been a source of comfort and stability something I will always be grateful for.

What strikes me most about Juan is his heart. He is the kind of person who will give you the last dollar in his pocket, who will stay up all night just to make sure you're okay, and who remembers every small detail that matters to you. His kindness is not performative; it is woven into the very fabric of who he is.

I know that life sometimes places people in difficult circumstances, but I believe with all my heart that Juan's true character, his goodness, and his capacity for love far outweigh any mistakes. He has been my steadfast friend, my children's role model, and a blessing to our lives.

Your Honor, I respectfully ask that you see the man I have known for years—the man who is dependable, generous, and filled with love for those around him. Juan has touched countless lives in a positive way, and I truly believe he still has so much more good to give to this world.

For these reasons, I kindly ask that you extend him mercy and leniency. I believe that with compassion and understanding, Juan will continue to grow and use his heart, his talents, and his loyalty to better the lives of those around him just as he has done for my family and me for so many years.

Thank you for your time and for allowing me to share a glimpse of the wonderful soul that is Juan Esparza.

With heartfelt sincerity,
Mariana Violeta Tsotsikyan



**INDUSTRIES**

**BOARD OF DIRECTORS**

Mercedes Martinez, *Chair*
Joe Argilagos
Sean Arian
Kelli Bernard
Fr. Gregory Boyle, SJ
Cecilia Cabello
John Cusenza
Troy Dawson
Valarie De La Garza
Fr. Allan Deck, SJ
Hilda Echeverria
Jane Fonda
Alfred Fraijo Jr.
David Herbst
Fr. John McGarry, SJ
Rick Olivarez
Lupita Sanchez Cornejo
David Solomon
Pernille Spiers-Lopez
Michael Tubbs

**Emeritus**
J. Michael Hennigan
Rob Smith III

June 16, 2025

To Whom It May Concern:

I write to you on behalf of Juan Esparza, who is scheduled to appear before you. I know Juan through my capacity as Founder and Director of Homeboy Industries. We are a non-profit organization that provides hope, job training and support for previously incarcerated and formerly gang-involved men and women, allowing them to redirect their lives and become contributing members of the community..

Mr. Esparza demonstrated a willingness and commitment to change his life. Mr. Esparza walked through our doors seeking ways to redirect his life. Furthermore, Mr. Esparza has made a conscious decision to be a better person and role model to other individuals that he comes across. He effortlessly and continuously provides guidance and mentorship to those around him, while allowing himself to grow and heal from his past traumas. He has done this so gracefully in his time at Homeboy Industries.

Mr. Esparza has proven to be responsible in taking on more responsibility such as volunteering his time while continuing to tend to his growth.  His energy, enthusiasm, and diligence have been an asset to Homeboy Industries and the clients as well. We stand by him as he continues to make strives in his life, his program, and his development on a personal and professional level. This dedication has assisted him in moving forward on his journey to be a productive member of society.

 It is my sincerest hope that you will consider the above as you review Juan's suitability for his case. I greatly appreciate your attention to this letter.

Sincerely,

Fr. Gregory J. Boyle, S. J.
Founder and Executive Director

**Hope has an address.**

130 W. Bruno Street, Los Angeles, CA 90012 | Phone: (323) 526-1254 | homeboyindustries.org