UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:24-cr-00348-SVW-2 | Date: | November 17, 2025 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, United States District Judge |
|---|---|
| Interpreter: | N/A |

| Daniel Tamayo | C/S 11-17-2025 | Sarah Elizabeth Edwards<br>Alison McGuire<br>Michael Bacharach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Juan Carlos Esparza | √ | | √ | 2) George G. Mgdesyan | √ | | √ |

**Proceedings:**   SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, all remaining counts in the underlying Indictment, ordered dismissed.

                                                                                              :    55

Initials of Deputy Clerk    DTA